IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 22-cv-2834-SMY |
| vs. | ) ) |
| LORETTA L. ARNOLD, MICHAEL L. STANLEY, and VERNA GAYLE DRYSDALE STANLEY, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER FOR DISTRIBUTION

THIS MATTER comes before the Court on the Agreed Motion for Distribution (Doc. 59), and the Court having considered the same, **GRANTS** the Motion and **ORDERS** as follows:

1. The Clerk of Court shall disburse the funds currently on deposit with the Treasury Registry of the Clerk's Office in the amount of $98,532.18 to Crain, Miller & Wernsman, Ltd.

2. This proceeding in its entirety is **DISMISSED WITH PREJUDICE**; the Clerk of Court shall and close this case.

The parties request that the Court retain jurisdiction over this matter for purposes of construing, implementing, and enforcing the agreement, should that be required.  However, unless it is substantially incorporated in a Consent Decree or Judgment, a settlement agreement is a contract which may be enforced through a breach of contract action.  *Deputy v. McEwen*, 495 F.3d 807, 809 (7th Cir. 2007), *Shapo v. Engle*, 463 F.3d 641, 643 (7th Cir. 2006).

Accordingly, the Court declines to retain jurisdiction of this matter to enforce the parties' settlement.

    **IT IS SO ORDERED.**

    **DATED:  September 23, 2024**

                                               **STACI M. YANDLE**
                                               **United States District Judge**